| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M. Goodrich<br>  dgoodrich@wgllp.com<br>650  Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br><br>Tele:  (714) 966-1000<br>Fax:  (714) 966-1002<br><br><br>☒ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>FIERSTEIN, MICHAEL<br>FIERSTEIN, MARILYN<br><br><br><br><br><br><br><br>                                                                    Debtor(s). | CASE NO.:  2:15-bk-17348-BR<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** |
| | [No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements.  The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is  11/30/2019    .

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                        Page 1                                         **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

3. Cash disbursements period: 03/01/2019 to 06/30/2019 .
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 03/07/2019

/s/ David M. Goodrich
*Signature of the chapter 7 trustee or the trustee's attorney*

David M. Goodrich
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*   Page 2   **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

## DECLARATION OF TRUSTEE

I, David M. Goodrich                              , the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate.  If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/07/2019 | David M. Goodrich | /s/ David M. Goodrich |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

On or about May 7, 2015, Michael and Marilyn Fierstein filed a chapter 7 voluntary petition.  Prior to the filing Mr. Fierstein was a plaintiff in a lawsuit pending in the Superior Court of Los Angeles, bearing the case number SC123624.  The lawsuit has concluded, the estate has received the funds pursuant to the settlement [Dkt. 34].

The trustee has employed Hahn, Fife and Company, LLP to prepare the estates final returns.  The accountant has finalized the final returns however taxes are due to both the Internal Revenue Service and the Franchise Tax Board.  The trustee is requesting authorization to make payment to the Internal Revenue Service of $5,974.00, and $2,340.00 to the Franchise Tax Board.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other: _____

$ _____ Other: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                              Page 5                                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

  $ _____ Other: _____

  $ _____ Other: _____

  $ _____ Other: _____

**Total:** $ 0.00_____ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

  $_____ Locksmith Services

  $_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

  $_____ Advertising Sale of Assets

  $_____ Books and Records Destruction Costs

  $_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

  $_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

  $ 5,974.00_____ Other: Internal Revenue Service_____

  $ 2,340.00_____ Other: Franchise Tax Board_____

  $_____ Other: _____

**Total:** $ 8,314.00_____ Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

Taxes due for the year ending 2018.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 6    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

# HAHN FIFE & COMPANY, LLP

A California Limited Liability Partnership
790 East Colorado Blvd, 9th Floor
Pasadena, CA 91101
Tel: (626) 792-0855
Fax: (626) 792-0879
E-mail: dfife@hahnfife.com

February 27, 2019

David M. Goodrich, Trustee
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Dear David:

Enclosed are the original and an additional copy of the following bankruptcy estate's tax returns:

    Michael and Marilyn Fierstein
    Case No. SA 15-17348

[-- Tax Liability --]

|  | Federal | State |
|---|---|---|
| 12/31/18 – Michael | $2,987 | $1,170 |
| 12/31/18 – Marilyn | $2,987 | $1,170 |

Please sign the attached returns along with the "Disclaimer Letter" enclosed and send the original returns in the enclosed self-addressed envelope. The IRS and FTB will have 60 days to either accept the returns as filed or request an audit. I will notify you as soon as I am notified.

**There are Federal and State taxes due at this time. Please enclose four checks – two checks made payable to the United States Treasury both in the amount of $2,987 and two checks made payable to the Franchise Tax Board both in the amount of $1,170.**

Please keep the returns marked "Copy" for your records.

Sincerely,

Donald T. Fife
Hahn Fife & Company LLP

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*) NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 7, 2019,  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- Jasmine Firooz    jasminefirooz@gmail.com, yasi29@yahoo.com
- David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.epiqsystems.com;lrobles@wgllp.com
- Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com
- Meghann A Triplett    Meghann@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. <u>SERVED BY UNITED STATES MAIL</u>:
On March 7, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED**

3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 7, 2019 | Lorraine L. Robles | */s/ Lorraine L. Robles* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Michael and Marilyn Fierstein
1114  12th Street, #308
Santa Monica, CA 90403

AAA Financial Services
PO Box 982235
El Paso, TX 79998-2235

American Honda Finance Corporation
PO Box 168088
Irving TX 75016-8088

Bank of America
PO Box 982235
El Paso, TX 79998

Capital One Bank (USA) N.A.
PO Box 30281
Salt Lake City, UT 84130

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Cardmember Service/Marriott Rewards
PO Box 15298
Wilmington, DE 19850

Charles C. Wood, DDS. Inc.
620 Montana Ave.
Santa Monica, CA 90403

Chase
PO Box 15298
Wilmington, DE 19850-5298

Equifax
PO Box 105873
Atlanta, GA 30348

Experian
PO Box 4500
Allen, TX 75013

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812-2952

Honda Financial Services
PO Box 6070
Cypress, CA 90630

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nordstrom FSB
PO Box 6555
Englewood, CO 80155

Portfolio Recovery Associates, LLC
c/o Us Bank
POB 41067
Norfolk VA 23541

Synchrony Bank/Gap
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896

Transunion Corporation
Public Records Department
555 West Adams St.
Chicago, IL 60661

U.S. Attorneys Office
Tax Division Rm 2315
300 N. Los Angeles St.
Los Angeles, CA 90053

U.S. Justice Dept/Tax Division
Ben Franklin Station
PO Box 683 Western Region
Washington, DC 20044

US Bank
PO Box 6335
Fargo, ND 58125-6335