| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David M. Goodrich<br>dgoodrich@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br><br>Tele: (714) 966-1000<br>Fax: (714) 966-1002<br><br>☐ Individual *appearing without an attorney*<br>☒ Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| In re:<br><br>FIERSTEIN, MICHAEL<br>FIERSTEIN, MARILYN<br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-17348-BR<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENT BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE |
|---|---|

PLEASE TAKE NOTE that the order titled Order on Trustee's Motion For Approval of Cash Disbursements was lodged on (*date*) March 25, 2019, and is attached. This order relates to the motion which is docket number 42.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT 1

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>David M. Goodrich<br>  Dgoodrich@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br><br>Tele: (714) 966-1000<br>Fax: (714) 966-1002<br><br>☐ A*ttorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>FIERSTEIN, MICHAEL<br><br>FIERSTEIN, MARYLYN<br><br><br><br><br><br>                                                                                                                Debtor(s). | CASE NO.: 2:15-bk-17348-BR<br><br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS [LBR 2016-2]**<br><br>☒ No hearing held |
|---|---|

Based upon the trustee's cash disbursement motion filed as docket entry number 42 (Motion), the Motion is:

☒ Granted.  The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit B to the Motion.

☐ Denied.  The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.

☐ Set for hearing on _____ at _____. The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**

**L.O.U** Lodged Order Upload

**Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, March 25, 2019

CONFIRMATION :

Your Lodged Order Info:
( **7729146.docx** )
  A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Michael Fierstein and Marilyn Fierstein
- **Case Number**:  15-17348
- **Judge Initial**:  BR
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  42
- **On Date**:  03/25/2019 @ 02:40 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 25, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- Jasmine Firooz    jasminefirooz@gmail.com, yasi29@yahoo.com
- David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
- Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com
- Meghann A Triplett    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) March 25, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Barry Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 25, 2019 | Lorraine Robles | /s/ Lorraine Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.