| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>David M. Goodrich<br> Dgoodrich@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br><br>Tele: (714) 966-1000<br>Fax:  (714) 966-1002<br><br>☐ Attorney for chapter 7 trustee<br>☒ Chapter 7 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>APR 04 2019<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>FIERSTEIN, MICHAEL<br><br>FIERSTEIN, MARYLYN<br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-17348-BR<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS [LBR 2016-2]**<br><br>☒ No hearing held |
|---|---|

Based upon the trustee's cash disbursement motion filed as docket entry number 42 (Motion), the Motion is:

☒ Granted.  The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit B to the Motion.

☐ Denied.  The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                              Page 1                              F 2016-2.2.ORDER.TRUSTEE.DISBURSE

☐ Set for hearing on _____ at _____. The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.

###

Date: April 4, 2019

Barry Russell
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**