David M. Goodrich
dgoodrich@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2:15-bk-17348-BR |
| | ) | |
| FIERSTEIN, MICHAEL | ) | Chapter 7 |
| FIERSTEIN, MARILYN | ) | |
| | ) | **NOTICE TO PROFESSIONALS TO** |
| Debtor(s) | ) | **FILE APPLICATIONS FOR** |
| | ) | **COMPENSATION** |
| | ) | |
| | ) | [No Hearing Required] |

TO THE UNITED STATES BANKRUPTCY COURT - ASSET CLOSING SECTION, THE UNITED STATES TRUSTEE, THE ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: May 20, 2019

/s/ David M. Goodrich
David M. Goodrich
Chapter 7 Trustee

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Chapter 7 Trustee, 650 Town Center Drive, Suite 600 Costa Mesa, CA 92626

The foregoing document described **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com

- Jasmine Firooz    jasminefirooz@gmail.com, yasi29@yahoo.com

- David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com

- Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com

- Meghann A Triplett    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Noreen@MarguliesFaithlaw.com

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On May 20, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Michael Fierstein
Marilyn Fierstein
1114 12th St. #308
Santa Monica, CA  90403

Law Office of Larry Zemer
1801 Century Park East, Suite 2400
Los Angeles, CA  90067

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on May 20, 2019, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

**Accountant for Trustee**
dfife@hahnfife.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2019 | Lorraine Robles | /s/ Lorraine Robles |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1