David M. Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
(714) 966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>FIERSTEIN, MICHAEL<br>FIERSTEIN, MARILYN<br><br>                Debtors. | Case No. 2:15-bk-17348-BR<br><br>Chapter 7<br><br>**REQUEST FOR COURT COSTS**<br><br>NO HEARING REQUIRED |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

The undersigned duly appointed chapter 7 trustee is preparing to file a Final Report and Account and requests that the Clerk of the court provide the court costs that have been incurred in the case. Said sum will be included in the Final Report and Account

Date: May 20, 2019                    /s/ David M Goodrich
                                      David M. Goodrich
                                      Chapter 7 Trustee