**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re:  FIERSTEIN, MICHAEL   § Case No. 2:15-bk-17348-BR
FIERSTEIN, MARILYN   §
§
§
Debtor(s)

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/07/2015. The undersigned trustee was appointed on 05/07/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $   540,620.28

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 343,149.68 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 197,470.60 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 02/08/2016 and the deadline for filing governmental claims was 11/03/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $25,202.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $25,202.03, for a total compensation of $25,202.03$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $54.12 for total expenses of $54.12$^2$.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2019            By: /s/ David M. Goodrich
                                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 2:15-bk-17348-BR
**Case Name:** FIERSTEIN, MICHAEL
FIERSTEIN, MARILYN
**For Period Ending:** 09/25/2019

**Trustee Name:** (001790) David M. Goodrich
**Date Filed (f) or Converted (c):** 05/07/2015 (f)
**§ 341(a) Meeting Date:** 06/12/2015
**Claims Bar Date:** 02/08/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Acct- BofA | 20.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture and Applicances | 2,600.00 | 0.00 | | 0.00 | FA |
| 3 | Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothes | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Claim against Fox Entertainment- (u)<br>Pending Action in Superior Court Case No SC123624 | 26,905.00 | 540,000.00 | | 540,000.00 | FA |
| 7 | 2015 Honda Civic | 18,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Return of overpayment (u)<br>Return of overpayment | 0.00 | 620.28 | | 620.28 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$48,625.00** | **$540,620.28** | | **$540,620.28** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 2:15-bk-17348-BR
**Case Name:** FIERSTEIN, MICHAEL
FIERSTEIN, MARILYN
**For Period Ending:** 09/25/2019

**Trustee Name:** (001790) David M. Goodrich
**Date Filed (f) or Converted (c):** 05/07/2015 (f)
**§ 341(a) Meeting Date:** 06/12/2015
**Claims Bar Date:** 02/08/2016

**Major Activities Affecting Case Closing:**

Period ending June 30, 2019- All fee applications have been filed. The trustee submitted the final report on June 27, 2019. The trustee is awaiting approval from the OUST to set the TFR for hearing.

Period ending March 31, 2019- All funds have been received pursuant to the settlement agreement.

Estate returns have been filed and estate taxes were due. The trustee filed a motion to approve the payment of the estate's taxes [Dkt. 42] and [Dkt. 45]. Once the estate's taxes are paid and the IRS clearance letter is received, the trustee will submit his final report.

The trustee does not anticipate amending the ETFR date.

Period ending December 31, 2018- The court approved the settlement agreement with Fox [Dkt. 34] and the funds have been received. The trustee will proceed to close the case.

The trustee has reviewed the claims filed and objections to claims are not required.

The trustee recently employed an accountant to prepare the estate's final returns.

The trustee does not anticipate amending the ETFR date.

Period ending September 30, 2018- The trustee was able to reach an agreement with Fox to settle the estate's claims against Fox. A motion to approve the settlement was filed with the court on October 4, 2018 [Dkt. 30]. Pursuant to the settlement agreement, the estate will receive $540,000.00.

Once the funds are received, the trustee will review claims to determine if objections to claims are required.

Once all the funds are received, the trustee's accountant will prepare estate returns.

The EFTR date has been amended to allow sufficient time to receive the settlement funds, review claims, prepare the estate's final returns, and receive the tax clearance letter.

Period ending June 30, 2018- The appeal was affirmed in favor of the debtor on April 3, 2018. The trustee and Fox have exchanged several settlement offers and it appears a settlement is imminent. If a settlement can not be reached, the matter will be re-tried by the superior court.

Claims have not been reviewed at this time. Should funds become available, the trustee will review claims to determine if objections are necessary.

Estate returns have not been completed. Should funds become available, the trustee will forward the file to an accountant to determine if estate returns are required.

Period ending March 31, 2018- The briefing on Fox's motion to dismiss the Trustee's appeal of the state court breach of contract juddgment was completed on April 2017. Fox's motion to dismiss was denied. The parties briefed the appeal on March 22, 2018 the Appllellate Court held oral agruments. A ruling on the appeal is expected.

Period endind December 31, 2017- The trustee continues to pursue the righs of the estate against Fox. The trustee and Fox have exchanged settlement proposals. If a settlement is not reached, the trustee and Fox will return to trial (a new trial was ordered).

Claims have not been reviewed at this time. Should funds become available, the trustee will review claims to determine if objections are necessary.

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

**Case No.:** 2:15-bk-17348-BR
**Case Name:** FIERSTEIN, MICHAEL
FIERSTEIN, MARILYN
**For Period Ending:** 09/25/2019

**Trustee Name:** (001790) David M. Goodrich
**Date Filed (f) or Converted (c):** 05/07/2015 (f)
**§ 341(a) Meeting Date:** 06/12/2015
**Claims Bar Date:** 02/08/2016

Estate returns have not been completed. Should funds become available, the trustee will forward the file to an accountant to determine if estate returns are required.

The trustee expected to submit the final report by January 31, 2018. Because the litigation has not completed, the TFR will not be filed by the expected deadline. The trustee expects to submit the final report by December 31, 2018.

Period ending December 31, 2016- The trustee continues to pursue the rights of the estate against Fox. Fox filed a motion for summary judgment which was denied. Trial began November 28, 2016 and the jury reached a verdict in favor of the estate on December 8, 2016. Due to some confusion by the jurors, the verdict was erroneously entered in favor of Fox. On December 22, 2016, the estate's special litigation counsel filed a motion to vacate the verdict. A hearing is set for January 9, 2017.

The claims register has not been reviewed at this time. Should funds become available, the trustee will review the claims register to determine if objections to claims are required.

Estate returns have not been completed. Should funds become available, the trustee will forward the file to an accountant to determine if estate returns are required.

The trustee expected to submit the final report by December 31, 2016. Because the litigation has not completed, the TFR will not be filed by the expected deadline. The trustee expects to submit the final report by May 31, 2017.

Period ending September 30, 2016- Counsel for the trustee will be amending the complaint to add the trustee as the plaintiff. The trustee continues to monitor the proceeding and receive updates as to the status of the case. The defendants have stated they will file a motion for summary judgment which will be filed on July 14, 2016 with hearing scheduled for September 27, 2016.

Period ending December 31, 2015- Mr. Fierstein is a plaintiff in a lawsuit pending in the Superior Court of Los Angeles, bearing the case number SC123624. The trustee believes that the amount the debtor scheduled on his amended schedules in regard to the claim is significantly low. The trustee filed an application to employ The Law Office of Larry Zerner and McPherson Rane, LLP to represent him as special counsel. Special counsel will continue with the litigation on behalf of the estate.

Should funds become available, the trustee will have his accountant review the file to determine if estate returns are required.

The trustee anticipates filing the final report by December 31, 2016.

**Initial Projected Date Of Final Report (TFR):** 12/31/2016         **Current Projected Date Of Final Report (TFR):** 08/21/2019 (Actual)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit B

Page: 1

| **Case No.:** | 2:15-bk-17348-BR | **Trustee Name:** | David M. Goodrich (001790) |
|---|---|---|---|
| **Case Name:** | FIERSTEIN, MICHAEL | **Bank Name:** | Rabobank, N.A. |
|  | FIERSTEIN, MARILYN | **Account #:** | ******3400 Checking |
| **Taxpayer ID #:** | **-***7022 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 09/25/2019 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/14/18 | {6} | Fox Group | Payment per settlement | 1229-000 | 540,000.00 |  | 540,000.00 |
| 11/19/18 | 101 | Law Office of Larry Zerner and McPherson Rane, LLP | EOD 10/31/2018- Special Counsel Fee | 3110-000 |  | 307,924.91 | 232,075.09 |
| 11/19/18 | 102 | Law Office of Larry Zerner and McPherson Rane, LLP | EOD 10/31/2018- Special Counsel Expenses | 3110-000 |  | 26,791.81 | 205,283.28 |
| 11/27/18 | 103 | International Sureties | Bond No. 016030866 Voided on 11/27/2018 | 2300-000 |  | 3.57 | 205,279.71 |
| 11/27/18 | 103 | International Sureties | Bond No. 016030866 Voided: check issued on 11/27/2018 | 2300-000 |  | -3.57 | 205,283.28 |
| 11/27/18 | 104 | International Sureties | Bond No. 016030866 | 2300-000 |  | 3.57 | 205,279.71 |
| 12/11/18 | {8} | McPherson Rane LLP | return of overpayment | 1280-000 | 620.28 |  | 205,899.99 |
| 03/19/19 | 105 | International Sureties | Bond No. 016030866 | 2300-000 |  | 115.39 | 205,784.60 |
| 04/10/19 | 106 | United States Treasury | EOD 4/4/19- Taxes Due EIN 30-6627022 | 2810-000 |  | 2,987.00 | 202,797.60 |
| 04/10/19 | 107 | United States Treasury | EOD 4/4/19- Taxes Due EIN 30-6627022 | 2810-000 |  | 2,987.00 | 199,810.60 |
| 04/10/19 | 108 | Franchise Tax Board | EOD 4/4/19- Taxes Due EIN 30-6627022 | 2820-000 |  | 1,170.00 | 198,640.60 |
| 04/10/19 | 109 | Franchise Tax Board | EOD 4/4/19- Taxes Due EIN 30-6627022 | 2820-000 |  | 1,170.00 | 197,470.60 |
|  |  | **COLUMN TOTALS** |  |  | **540,620.28** | **343,149.68** | **$197,470.60** |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | **540,620.28** | **343,149.68** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$540,620.28** | **$343,149.68** |  |

{ } Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:15-bk-17348-BR | **Trustee Name:** | David M. Goodrich (001790) |
| **Case Name:** | FIERSTEIN, MICHAEL<br>FIERSTEIN, MARILYN | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******3400 Checking |
| **Taxpayer ID #:** | **-***7022 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 09/25/2019 | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3400 Checking | $540,620.28 | $343,149.68 | $197,470.60 |
| | $540,620.28 | $343,149.68 | $197,470.60 |

UST Form 101-7-TFR (5/1/2011)

# Central District of California
# Claims Register

## 2:15-bk-17348-BR Michael Fierstein and Marilyn Fierstein

**Judge:** Barry Russell  
**Office:** Los Angeles  
**Trustee:** David M Goodrich (TR)  

**Chapter:** 7  
**Last Date to file claims:** 02/08/2016  
**Last Date to file (Govt):** 11/03/2015  

| Creditor: (36557932) Portfolio Recovery Associates, LLC c/o Us Bank POB 41067 Norfolk VA 23541 | Claim No: 1 Original Filed Date: 09/04/2015 Original Entered Date: 09/04/2015 | Status: Filed by: CR Entered by: Ashley Woerheide Modified: |
|---|---|---|

Amount claimed: $4947.67     *OK unsecured*

**History:**

| Details | 1-1 | 09/04/2015 | Claim #1 filed by Portfolio Recovery Associates, LLC, Amount claimed: $4947.67 (Woerheide, Ashley) |
|---|---|---|---|

Description:  
Remarks:

| Creditor: (36557932) Portfolio Recovery Associates, LLC c/o Us Bank POB 41067 Norfolk VA 23541 | Claim No: 2 Original Filed Date: 09/04/2015 Original Entered Date: 09/04/2015 | Status: Filed by: CR Entered by: Ashley Woerheide Modified: |
|---|---|---|

Amount claimed: $5589.97     *OK unsecured*

**History:**

| Details | 2-1 | 09/04/2015 | Claim #2 filed by Portfolio Recovery Associates, LLC, Amount claimed: $5589.97 (Woerheide, Ashley) |
|---|---|---|---|

Description:  
Remarks:

| Creditor: (36569169) Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim No: 3 Original Filed Date: 09/11/2015 Original Entered Date: 09/11/2015 | Status: Filed by: CR Entered by: Amanda F Matchett Modified: |
|---|---|---|

Amount claimed: $3852.31     *OK unsecured*

**History:**

| Details | 3-1 | 09/11/2015 | Claim #3 filed by Capital One Bank (USA), N.A., Amount claimed: $3852.31 (Matchett, Amanda) |
|---|---|---|---|

Description:  
Remarks:

| Creditor: (36569169)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 4<br>Original Filed Date: 09/11/2015<br>Original Entered Date: 09/11/2015 | Status:<br>Filed by: CR<br>Entered by: Amanda F Matchett<br>Modified: |
|---|---|---|

| Amount claimed: $943.16 | *OK Unsecured* (handwritten) |
|---|---|

History:

| Details | 🔵 | 4-1 | 09/11/2015 | Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $943.16 (Matchett, Amanda) |
|---|---|---|---|---|

Description:
Remarks:

| Creditor: (36569169)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 5<br>Original Filed Date: 09/11/2015<br>Original Entered Date: 09/11/2015 | Status:<br>Filed by: CR<br>Entered by: Amanda F Matchett<br>Modified: |
|---|---|---|

| Amount claimed: $495.93 | *OK Unsecured* (handwritten) |
|---|---|

History:

| Details | 🔵 | 5-1 | 09/11/2015 | Claim #5 filed by Capital One Bank (USA), N.A., Amount claimed: $495.93 (Matchett, Amanda) |
|---|---|---|---|---|

Description:
Remarks:

| Creditor: (36569169)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 6<br>Original Filed Date: 09/11/2015<br>Original Entered Date: 09/11/2015 | Status:<br>Filed by: CR<br>Entered by: Amanda F Matchett<br>Modified: |
|---|---|---|

| Amount claimed: $771.01 | *OK Unsecured* (handwritten) |
|---|---|

History:

| Details | 🔵 | 6-1 | 09/11/2015 | Claim #6 filed by Capital One Bank (USA), N.A., Amount claimed: $771.01 (Matchett, Amanda) |
|---|---|---|---|---|

Description:
Remarks:

| Creditor: (36569169)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 7<br>Original Filed Date: 09/11/2015<br>Original Entered Date: 09/11/2015 | Status:<br>Filed by: CR<br>Entered by: Amanda F Matchett<br>Modified: |
|---|---|---|

History:

| Details | 🔵 | 7-1 | 09/11/2015 | Claim #7 filed by Capital One Bank (USA), N.A., Amount claimed: $7695.96 (Matchett, Amanda) |
|---|---|---|---|---|

*OK Unsecured* (handwritten)

Description:
Remarks:

| Amount claimed: | $7695.96 | | |
|---|---|---|---|
| History: | | | |
| Details | 7-1 | 09/11/2015 | Claim #7 filed by Capital One Bank (USA), N.A., Amount claimed: $7695.96 (Matchett, Amanda) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (36569169)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 8<br>Original Filed Date: 09/11/2015<br>Original Entered Date: 09/11/2015 | Status:<br>Filed by: CR<br>Entered by: Amanda F Matchett<br>Modified: |
|---|---|---|

| Amount claimed: | $11584.29 | *OK Unsecurd* | |
|---|---|---|---|
| History: | | | |
| Details | 8-1 | 09/11/2015 | Claim #8 filed by Capital One Bank (USA), N.A., Amount claimed: $11584.29 (Matchett, Amanda) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (36763230)<br>American Honda Finance Corporation<br>PO Box 168088<br>Irving TX 75016-8088 | Claim No: 9<br>Original Filed Date: 11/20/2015<br>Original Entered Date: 12/02/2015 | Status:<br>Filed by: CR<br>Entered by: Bernardita T. Mercene<br>Modified: |
|---|---|---|

| Amount claimed: | $19445.46 | *∅ Securd* | |
|---|---|---|---|
| Secured claimed: | $19445.46 | | |
| History: | | | |
| Details | 9-1 | 11/20/2015 | Claim #9 filed by American Honda Finance Corporation, Amount claimed: $19445.46 (Mercene, Bernardita T.) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (36872976)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim No: 10<br>Original Filed Date: 02/08/2016<br>Original Entered Date: 02/08/2016 | Status:<br>Filed by: CR<br>Entered by: Ramesh Singh<br>Modified: |
|---|---|---|

| Amount claimed: | $173.59 | *OK Unsecurd* | |
|---|---|---|---|
| History: | | | |
| Details | 10-1 | 02/08/2016 | Claim #10 filed by Capital Recovery V, LLC, Amount claimed: $173.59 (Singh, Ramesh) |
| Description: | | | |
| Remarks: (10-1) CHEVRON TEXACO PLCC | | | |

| Creditor: (36872976)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim No: 11<br>Original Filed<br>Date: 02/08/2016<br>Original Entered<br>Date: 02/08/2016 | Status:<br>Filed by: CR<br>Entered by: Ramesh Singh<br>Modified: |
|---|---|---|
| Amount claimed: $725.55 | | OK Unsecured |

History:

| Details | 🔵 | 11-1 | 02/08/2016 | Claim #11 filed by Capital Recovery V, LLC, Amount claimed: $725.55 (Singh, Ramesh) |

Description:

Remarks: (11-1) GAP

## Claims Register Summary

**Case Name:** Michael Fierstein and Marilyn Fierstein
**Case Number:** 2:15-bk-17348-BR
**Chapter:** 7
**Date Filed:** 05/07/2015
**Total Number Of Claims:** 11

| Total Amount Claimed* | $56224.90 | OK |
| Total Amount Allowed* | 56 TM 90 |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| Secured | $19445.46 | 0 |
| Priority | | |
| Administrative | | |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 11/14/2018 12:02:58 |||
| PACER Login: | dg3883:3798504:0 | Client Code: |
| Description: | Claims Register | Search Criteria: | 2:15-bk-17348-BR Filed or Entered From: 1/1/2001 Filed or Entered To: 11/14/2018 |
| Billable Pages: | 1 | Cost: | 0.10 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 2:15-bk-17348-BR
Case Name: MICHAEL FIERSTEIN AND MARILYN FIERSTEIN
Trustee Name: David M. Goodrich

**Balance on hand:**    $    197,470.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | American Honda Finance Corporation | 19,445.46 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    197,470.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David M. Goodrich | 25,202.03 | 0.00 | 25,202.03 |
| Trustee, Expenses - David M. Goodrich | 54.12 | 0.00 | 54.12 |
| Attorney for Trustee Fees - Law Office of Larry Zerner and McPherson Rane, LLP | 307,924.91 | 307,924.91 | 0.00 |
| Attorney for Trustee Fees - Law Office of Larry Zerner and McPherson Rane, LLP | 26,791.81 | 26,791.81 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Margulies Faith LLP | 29,620.50 | 0.00 | 29,620.50 |
| Accountant for Trustee Fees (Other Firm) - Hahn, Fife & Company | 3,192.00 | 0.00 | 3,192.00 |
| Accountant for Trustee Expenses (Other Firm) - Margulies Faith LLP | 246.44 | 0.00 | 246.44 |
| Accountant for Trustee Expenses (Other Firm) - Hahn, Fife & Company | 401.60 | 0.00 | 401.60 |

Total to be paid for chapter 7 administrative expenses:    $    58,716.69
Remaining balance:    $    138,753.91

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    138,753.91

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 138,753.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,779.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC c/o Us Bank | 4,947.67 | 0.00 | 4,947.67 |
| 2 | Portfolio Recovery Associates, LLC c/o Us Bank | 5,589.97 | 0.00 | 5,589.97 |
| 3 | Capital One Bank (USA), N.A. | 3,852.31 | 0.00 | 3,852.31 |
| 4 | Capital One Bank (USA), N.A. | 943.16 | 0.00 | 943.16 |
| 5 | Capital One Bank (USA), N.A. | 495.93 | 0.00 | 495.93 |
| 6 | Capital One Bank (USA), N.A. | 771.01 | 0.00 | 771.01 |
| 7 | Capital One Bank (USA), N.A. | 7,695.96 | 0.00 | 7,695.96 |
| 8 | Capital One Bank (USA), N.A. | 11,584.29 | 0.00 | 11,584.29 |
| 10 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 173.59 | 0.00 | 173.59 |
| 11 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 725.55 | 0.00 | 725.55 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 36,779.44 |
| Remaining balance: | $ | 101,974.47 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|---|
| | | Remaining balance: | $ | 101,974.47 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|---|
| | | Remaining balance: | $ | 101,974.47 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.25% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $394.75. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $101,579.72.

**UST Form 101-7-TFR(5/1/2011)**