**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re: FIERSTEIN, MICHAEL                    §        Case No. 2:15-bk-17348-BR
     FIERSTEIN, MARILYN                    §
                                     §
                                     §
          Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       David M. Goodrich, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: $21,720.00 *(without deducting any secured claims)* | | Assets Exempt: $3,720.00 | |
| Total Distributions to Claimants: $37,188.06 | | Claims Discharged Without Payment: $28,161.00 | |
| Total Expenses of Administration: $401,867.10 | | | |

       3) Total gross receipts of $540,620.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $101,565.12 (see **Exhibit 2**), yielded net receipts of $439,055.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,000.00 | $19,445.46 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $401,867.10 | $401,867.10 | $401,867.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $64,826.00 | $36,779.44 | $37,188.06 | $37,188.06 |
| **TOTAL DISBURSEMENTS** | $83,826.00 | $458,092.00 | $439,055.16 | $439,055.16 |

4) This case was originally filed under chapter 7 on 05/07/2015.  The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      01/25/2021

By: /s/ David M. Goodrich

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim against Fox Entertainment- | 1229-000 | $540,000.00 |
| Return of overpayment | 1280-000 | $620.28 |
| **TOTAL GROSS RECEIPTS** | | **$540,620.28** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FIERSTEIN, MICHAEL and FIERSTEIN, MARILYN | Distribution payment - Dividend paid at 100.00% of $101,565.12; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $101,565.12 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$101,565.12** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | American Honda Finance Corporation | 4210-000 | $19,000.00 | $19,445.46 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$19,000.00** | **$19,445.46** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David M. Goodrich | 2100-000 | NA | $25,202.76 | $25,202.76 | $25,202.76 |
| Trustee, Expenses - David M. Goodrich | 2200-000 | NA | $54.12 | $54.12 | $54.12 |
| Bond Payments - BOND | 2300-000 | NA | $118.96 | $118.96 | $118.96 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 2810-000 | NA | $5,974.00 | $5,974.00 | $5,974.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $2,340.00 | $2,340.00 | $2,340.00 |
| Attorney for Trustee Fees (Other Firm) - Margulies Faith LLP | 3210-000 | NA | $29,620.50 | $29,620.50 | $29,620.50 |
| Special Counsel for Trustee Fees - Law Office of Larry Zerner and McPherson Rane, LLP | 3210-600 | NA | $307,924.91 | $307,924.91 | $307,924.91 |
| Attorney for Trustee Expenses (Other Firm)  - Margulies Faith LLP | 3220-000 | NA | $246.44 | $246.44 | $246.44 |
| Special Counsel for Trustee Expenses - Law Office of Larry Zerner and McPherson Rane, LLP | 3220-610 | NA | $26,791.81 | $26,791.81 | $26,791.81 |
| Accountant for Trustee Fees (Other Firm) - Hahn, Fife & Company | 3410-000 | NA | $3,192.00 | $3,192.00 | $3,192.00 |
| Accountant for Trustee Expenses (Other Firm) - Hahn, Fife & Company | 3420-000 | NA | $401.60 | $401.60 | $401.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$401,867.10** | **$401,867.10** | **$401,867.10** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC c/o Us Bank | 7100-000 | $4,848.00 | $4,947.67 | $4,947.67 | $4,947.67 |
| 1I | Portfolio Recovery Associates, LLC c/o Us Bank | 7990-000 | NA | NA | $54.97 | $54.97 |
| 2 | Portfolio Recovery Associates, LLC c/o Us Bank | 7100-000 | $6,768.00 | $5,589.97 | $5,589.97 | $5,589.97 |
| 2I | Portfolio Recovery Associates, LLC c/o Us Bank | 7990-000 | NA | NA | $62.10 | $62.10 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $3,632.00 | $3,852.31 | $3,852.31 | $3,852.31 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | NA | NA | $42.80 | $42.80 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | NA | $943.16 | $943.16 | $943.16 |
| 4I | Capital One Bank (USA), N.A. | 7990-000 | NA | NA | $10.48 | $10.48 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $485.00 | $495.93 | $495.93 | $495.93 |
| 5I | Capital One Bank (USA), N.A. | 7990-000 | NA | NA | $5.51 | $5.51 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $567.00 | $771.01 | $771.01 | $771.01 |
| 6I | Capital One Bank (USA), N.A. | 7990-000 | NA | NA | $8.57 | $8.57 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $7,546.00 | $7,695.96 | $7,695.96 | $7,695.96 |
| 7I | Capital One Bank (USA), N.A. | 7990-000 | NA | NA | $85.50 | $85.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $11,330.00 | $11,584.29 | $11,584.29 | $11,584.29 |
| 8I | Capital One Bank (USA), N.A. | 7990-000 | NA | NA | $128.70 | $128.70 |
| 10 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 7100-000 | NA | $173.59 | $173.59 | $173.59 |
| 10I | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 7990-000 | NA | NA | $1.93 | $1.93 |
| 11 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 7100-000 | $1,489.00 | $725.55 | $725.55 | $725.55 |
| 11I | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 7990-000 | NA | NA | $8.06 | $8.06 |
| N/F | AAA Financial Services | 7100-000 | $6,219.00 | NA | NA | NA |
| N/F | Cardmember Service/Marriott Rewards | 7100-000 | $14,119.00 | NA | NA | NA |
| N/F | Cardmember Service/Southwest Airlines | 7100-000 | $682.00 | NA | NA | NA |
| N/F | Charles C. Wood, DDS. Inc. | 7100-000 | $818.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $225.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $5,606.00 | NA | NA | NA |
| N/F | Nordstrom FSB | 7100-000 | $492.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$64,826.00** | **$36,779.44** | **$37,188.06** | **$37,188.06** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 1

**Case No.:**  2:15-bk-17348-BR

**Case Name:**     FIERSTEIN, MICHAEL
FIERSTEIN, MARILYN

**For Period Ending:**   01/25/2021

**Trustee Name:**   (001790) David M. Goodrich

**Date Filed (f) or Converted (c):**   05/07/2015 (f)

**§ 341(a) Meeting Date:**   06/12/2015

**Claims Bar Date:**   02/08/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Acct- BofA | 20.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture and Applicances | 2,600.00 | 0.00 | | 0.00 | FA |
| 3 | Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothes | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Claim against Fox Entertainment- (u)<br>Pending Action in Superior Court Case No SC123624 | 26,905.00 | 540,000.00 | | 540,000.00 | FA |
| 7 | 2015 Honda Civic | 18,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Return of overpayment (u)<br>Return of overpayment | 0.00 | 620.28 | | 620.28 | FA |
| **8** | **Assets Totals (Excluding unknown values)** | **$48,625.00** | **$540,620.28** | | **$540,620.28** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  2:15-bk-17348-BR

**Case Name:**    FIERSTEIN, MICHAEL
FIERSTEIN, MARILYN

**For Period Ending:**   01/25/2021

**Trustee Name:**   (001790) David M. Goodrich

**Date Filed (f) or Converted (c):**   05/07/2015 (f)

**§ 341(a) Meeting Date:**   06/12/2015

**Claims Bar Date:**   02/08/2016

**Major Activities Affecting Case Closing:**

Period ending December 31, 2020-   The TDR has since been submitted.

Period ending December 31, 2019- All funds have been disbursed.  The trustee has received the bank statement showing a zero balance and submitted the TDR to the UST on November 18, 2019.

Period ending September 30, 2019- The final report hearing was held October 2, 2019 and the court approved the final report.  Once the court enters an order approving the final report, the trustee will distribute funds and proceed to close the case.

Period ending June 30, 2019-  All fee applications have been filed.  The trustee submitted the final report on June 27, 2019.  The trustee is awaiting approval from the OUST to set the TFR for hearing.

Period ending March 31, 2019- All funds have been received pursuant to the settlement agreement.

Estate returns have been filed and estate taxes were due.   The trustee filed a motion to approve the payment of the estate's taxes  [Dkt. 42] and [Dkt. 45].  Once the estate's taxes are paid and the IRS clearance letter is received, the trustee will submit his final report.

The trustee does not anticipate amending the ETFR date.

Period ending December 31, 2018- The court approved the settlement agreement with Fox [Dkt. 34] and the funds have been received.  The trustee will proceed to close the case.

The trustee has reviewed the claims filed and objections to claims are not required.

The trustee recently employed an accountant to prepare the estate's final returns.

The trustee does not anticipate amending the ETFR date.

Period ending September 30, 2018- The trustee was able to reach an agreement with Fox to settle the estate's claims against Fox.  A motion to approve the settlement was filed with the court on October 4, 2018 [Dkt. 30].  Pursuant to the settlement agreement, the estate will receive $540,000.00.

Once the funds are received, the trustee will review claims to determine if objections to claims are required.

Once all the funds are received, the trustee's accountant will prepare estate returns.

The EFTR date has been amended to allow sufficient time to receive the settlement funds, review claims, prepare the estate's final returns, and receive the tax clearance letter.

Period ending June 30, 2018- The appeal was affirmed in favor of the debtor on April 3, 2018.  The trustee and Fox have exchanged several settlement offers and it appears a settlement is imminent.  If a settlement can not be reached, the matter will be re-tried by the superior court.

Claims have not been reviewed at this time. Should funds become available, the trustee will review claims to determine if objections are necessary.

Estate returns have not been completed. Should funds become available, the trustee will forward the file to an accountant to determine if estate returns are required.

Period ending March 31, 2018- The briefing on Fox's motion to dismiss the Trustee's appeal of the state court breach of contract juddgment was completed on April 2017.  Fox's motion to dismiss was denied.  The parties

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:**  2:15-bk-17348-BR

**Case Name:**   FIERSTEIN, MICHAEL
                 FIERSTEIN, MARILYN

**For Period Ending:**   01/25/2021

**Trustee Name:**   (001790) David M. Goodrich

**Date Filed (f) or Converted (c):**   05/07/2015 (f)

**§ 341(a) Meeting Date:**   06/12/2015

**Claims Bar Date:**   02/08/2016

briefed the appeal on March 22, 2018 the Applellate Court held oral agruments.  A ruling on the appeal is expected.

Period endind December 31, 2017-  The trustee continues to pursue the righs of the estate against Fox.  The trustee and Fox have exchanged settlement proposals.  If a settlement is not reached, the trustee and Fox will return to trial (a new trial was ordered).

Claims have not been reviewed at this time. Should funds become available, the trustee will review claims to determine if objections are necessary.

Estate returns have not been completed. Should funds become available, the trustee will forward the file to an accountant to determine if estate returns are required.

The trustee expected to submit the final report by January 31, 2018.  Because the litigation has not completed, the TFR will not be filed by the expected deadline.  The trustee expects to submit the final report by December 31, 2018.


Period ending December 31, 2016- The trustee continues to pursue the rights of the estate against Fox.  Fox filed a motion for  summary judgment which was denied. Trial began November 28, 2016 and the jury reached a verdict in favor of the estate on December 8, 2016.  Due to some confusion by the jurors, the verdict was erroneously entered in favor of Fox.  On December 22, 2016, the estate's special litigation counsel filed a motion to vacate the verdict.  A hearing is set for January 9, 2017.

The claims register has not been reviewed at this time. Should  funds become available, the trustee will review the claims register to determine if objections to claims are required.

Estate returns have not been completed. Should funds become available, the trustee will forward the file to an accountant to determine if estate returns are required.

The trustee expected to submit the final report by December 31, 2016.  Because the litigation has not completed, the TFR will not be filed by the expected deadline.  The trustee expects to submit the final report by May 31, 2017.

Period ending September 30, 2016- Counsel for the trustee will be amending the complaint to add the trustee as the plaintiff.  The trustee continues to monitor the proceeding and receive updates  as to the status of the case.  The defendants have stated they  will file a motion for summary judgment which will be filed on  July 14, 2016 with hearing scheduled for September 27, 2016.


Period ending December 31, 2015-  Mr. Fierstein is a plaintiff in a lawsuit pending in the Superior Court of Los Angeles, bearing  the case number SC123624.  The trustee believes that the amount  the debtor scheduled on his amended schedules in regard to the  claim is significantly low.  The trustee filed an application to  employ The Law Office of Larry Zerner and McPherson Rane, LLP to  represent him as special counsel. Special counsel will continue  with the litigation on behalf of the estate.

Should funds become available, the trustee will have his  accountant review the file to determine if estate returns are  required.

The trustee anticipates filing the final report by December 31,  2016.

**Initial Projected Date Of Final Report (TFR):**  12/31/2016          **Current Projected Date Of Final Report (TFR):**   09/25/2019 (Actual)

## Form 2

Exhibit 9

Page: 1

### Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-17348-BR | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | FIERSTEIN, MICHAEL | Bank Name: | Mechanics Bank |
| | FIERSTEIN, MARILYN | Account #: | ******3400 Checking |
| Taxpayer ID #: | **-***7022 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/25/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check/Ref | Paid To / Received From | Description | Code | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| 11/14/18 | {6} | Fox Group | Payment per settlement | 1229-000 | 540,000.00 | | 540,000.00 |
| 11/19/18 | 101 | Law Office of Larry Zerner and McPherson Rane, LLP | EOD 10/31/2018- Special Counsel Fee | 3210-600 | | 307,924.91 | 232,075.09 |
| 11/19/18 | 102 | Law Office of Larry Zerner and McPherson Rane, LLP | EOD 10/31/2018- Special Counsel Expenses | 3220-610 | | 26,791.81 | 205,283.28 |
| 11/27/18 | 103 | International Sureties | Bond No. 016030866 Voided on 11/27/2018 | 2300-004 | | 3.57 | 205,279.71 |
| 11/27/18 | 103 | International Sureties | Bond No. 016030866 Voided: check issued on 11/27/2018 | 2300-004 | | -3.57 | 205,283.28 |
| 11/27/18 | 104 | International Sureties | Bond No. 016030866 | 2300-000 | | 3.57 | 205,279.71 |
| 12/11/18 | {8} | McPherson Rane LLP | return of overpayment | 1280-000 | 620.28 | | 205,899.99 |
| 03/19/19 | 105 | International Sureties | Bond No. 016030866 | 2300-000 | | 115.39 | 205,784.60 |
| 04/10/19 | 106 | United States Treasury | EOD 4/4/19- Taxes Due EIN 30-6627022 | 2810-000 | | 2,987.00 | 202,797.60 |
| 04/10/19 | 107 | United States Treasury | EOD 4/4/19- Taxes Due EIN 30-6627022 | 2810-000 | | 2,987.00 | 199,810.60 |
| 04/10/19 | 108 | Franchise Tax Board | EOD 4/4/19- Taxes Due EIN 30-6627022 | 2820-000 | | 1,170.00 | 198,640.60 |
| 04/10/19 | 109 | Franchise Tax Board | EOD 4/4/19- Taxes Due EIN 30-6627022 | 2820-000 | | 1,170.00 | 197,470.60 |
| 10/15/19 | 110 | David M. Goodrich | Combined trustee compensation & expense dividend payments. | | | 25,256.88 | 172,213.72 |
| | | David M. Goodrich | Claims Distribution - Tue, 10-15-2019      $25,202.76 | 2100-000 | | | |
| | | David M. Goodrich | Claims Distribution - Tue, 10-15-2019      $54.12 | 2200-000 | | | |
| 10/15/19 | 111 | Margulies Faith LLP | Distribution payment - Dividend paid at 100.00% of $29,620.50; Claim # ; Filed: $29,620.50 | 3210-000 | | 29,620.50 | 142,593.22 |
| 10/15/19 | 112 | Margulies Faith LLP | Distribution payment - Dividend paid at 100.00% of $246.44; Claim # ; Filed: $246.44 | 3220-000 | | 246.44 | 142,346.78 |
| 10/15/19 | 113 | Hahn, Fife & Company | Distribution payment - Dividend paid at 100.00% of $401.60; Claim # ; Filed: $401.60 | 3420-000 | | 401.60 | 141,945.18 |
| 10/15/19 | 114 | Hahn, Fife & Company | Distribution payment - Dividend paid at 100.00% of $3,192.00; Claim # ; Filed: $3,192.00 | 3410-000 | | 3,192.00 | 138,753.18 |
| 10/15/19 | 115 | Portfolio Recovery Associates, LLC c/o Us Bank | Distribution payment - Dividend paid at 100.00% of $4,947.67; Claim # 1; Filed: $4,947.67 | 7100-000 | | 4,947.67 | 133,805.51 |
| 10/15/19 | 116 | Portfolio Recovery Associates, LLC c/o Us Bank | Distribution payment - Dividend paid at 100.00% of $54.97; Claim # 1I; Filed: $54.97 | 7990-000 | | 54.97 | 133,750.54 |
| 10/15/19 | 117 | Portfolio Recovery Associates, LLC c/o Us Bank | Distribution payment - Dividend paid at 100.00% of $5,589.97; Claim # 2; Filed: $5,589.97 | 7100-000 | | 5,589.97 | 128,160.57 |
| 10/15/19 | 118 | Portfolio Recovery Associates, LLC c/o Us Bank | Distribution payment - Dividend paid at 100.00% of $62.10; Claim # 2I; Filed: $62.10 | 7990-000 | | 62.10 | 128,098.47 |

Page Subtotals:    $540,620.28    $412,521.81

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-17348-BR | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | FIERSTEIN, MICHAEL | Bank Name: | Mechanics Bank |
| | FIERSTEIN, MARILYN | Account #: | ******3400 Checking |
| Taxpayer ID #: | **-***7022 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/25/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/15/19 | 119 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $3,852.31; Claim # 3; Filed: $3,852.31 | 7100-000 | | 3,852.31 | 124,246.16 |
| 10/15/19 | 120 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $42.80; Claim # 3I; Filed: $42.80 | 7990-000 | | 42.80 | 124,203.36 |
| 10/15/19 | 121 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $943.16; Claim # 4; Filed: $943.16 | 7100-000 | | 943.16 | 123,260.20 |
| 10/15/19 | 122 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $10.48; Claim # 4I; Filed: $10.48 | 7990-000 | | 10.48 | 123,249.72 |
| 10/15/19 | 123 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $495.93; Claim # 5; Filed: $495.93 | 7100-000 | | 495.93 | 122,753.79 |
| 10/15/19 | 124 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $5.51; Claim # 5I; Filed: $5.51 | 7990-000 | | 5.51 | 122,748.28 |
| 10/15/19 | 125 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $771.01; Claim # 6; Filed: $771.01 | 7100-000 | | 771.01 | 121,977.27 |
| 10/15/19 | 126 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $8.57; Claim # 6I; Filed: $8.57 | 7990-000 | | 8.57 | 121,968.70 |
| 10/15/19 | 127 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $7,695.96; Claim # 7; Filed: $7,695.96 | 7100-000 | | 7,695.96 | 114,272.74 |
| 10/15/19 | 128 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $85.50; Claim # 7I; Filed: $85.50 | 7990-000 | | 85.50 | 114,187.24 |
| 10/15/19 | 129 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $11,584.29; Claim # 8; Filed: $11,584.29 | 7100-000 | | 11,584.29 | 102,602.95 |
| 10/15/19 | 130 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $128.70; Claim # 8I; Filed: $128.70 | 7990-000 | | 128.70 | 102,474.25 |
| 10/15/19 | 131 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | Distribution payment - Dividend paid at 100.00% of $173.59; Claim # 10; Filed: $173.59 | 7100-000 | | 173.59 | 102,300.66 |
| 10/15/19 | 132 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | Distribution payment - Dividend paid at 100.00% of $1.93; Claim # 10I; Filed: $1.93 | 7990-000 | | 1.93 | 102,298.73 |
| 10/15/19 | 133 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | Distribution payment - Dividend paid at 100.00% of $725.55; Claim # 11; Filed: $725.55 | 7100-000 | | 725.55 | 101,573.18 |
| 10/15/19 | 134 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | Distribution payment - Dividend paid at 100.00% of $8.06; Claim # 11I; Filed: $8.06 | 7990-000 | | 8.06 | 101,565.12 |
| 10/15/19 | 135 | FIERSTEIN, MICHAEL and FIERSTEIN, MARILYN | Distribution payment - Dividend paid at 100.00% of $101,565.12; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 101,565.12 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 540,620.28 | 540,620.28 | $0.00 |
| | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | Subtotal | | | 540,620.28 | 540,620.28 | |
| | Less: Payments to Debtors | | | | 101,565.12 | |
| | NET Receipts / Disbursements | | | $540,620.28 | $439,055.16 | |

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

**Case No.:** 2:15-bk-17348-BR

**Case Name:** FIERSTEIN, MICHAEL
FIERSTEIN, MARILYN

**Taxpayer ID #:** **-***7022

**For Period Ending:** 01/25/2021

**Trustee Name:** David M. Goodrich (001790)

**Bank Name:** Mechanics Bank

**Account #:** ******3400 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3400 Checking | $540,620.28 | $439,055.16 | $0.00 |
| | **$540,620.28** | **$439,055.16** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**